AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Middle District of Florida Jacksonville Division** |
|---|---|

| Name *(under which you were convicted)* | Docket or Case No.: |
|---|---|
| **JOSE SALVADOR LANTIGUA** | ~~3:16-cr-125-J-32PDB~~ <br> ~~3:16-cr-141-J-32PDB~~ |

| Place of Confinement | Prisoner No.: |
|---|---|
| **Ashland Federal Prison Camp** | **29934-058** |

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| v. | **JOSE SALVADOR LANTIGUA** |

3:19-cv-1291-J-32PDB

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    **United States District Court Middle District of Florida Jacksonville Division**

    (b) Criminal docket or case number (if you know): **3:16-cr-125-J-32PDB  &  3:16-cr-141-J-32PDB**

2. (a) Date of the judgment of conviction (if you know): (This information is not currently available to the defendant.)

    (b) Date of sentencing: **February 1, 2017**

3. Length of sentence: **168 months**

4. Nature of crime (all counts):

    | | | |
    |---|---|---|
    | **3:16-cr-125-J-32PDB** | **- 18 U.S.C. § 1349** | **Conspiracy to commit mail and wire fraud** |
    | | **- 18 U.S.C. § 1344** | **Bank fraud** |
    | **3:16-cr-141-J-32PDB** | **- 18 U.S.C. § 1542** | **Passport fraud** |
    | | **- 18 U.S.C. § 1028A** | **Aggravated identity theft** |

5. (a) What was your plea? (Check One)

    (1) Not Guilty ☐          (2) Guilty ☒          (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

    N/A

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐          Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☒          No ☐

**Page 2 of 13**

AO 243 (Rev. 09/17)

8.  Did you appeal from the judgment of conviction?    Yes [X]    No [ ]

9.  If you did appeal, answer the following:

   (a)  Name of court:   United States Court of Appeals for the Eleventh Circuit

   (b)  Docket or case number (if you know it):  **17-12684-HH**

   (c)  Result:  Affirmed sentence the district court imposed - **AFFIRMED**

   (d)  Date of result (if you know it):  September 20, 2018

   (e)  Citation to the case (if you know it):  (This information is not currently available to the defendant.)

   (f)  Grounds raised:

      (1)  **Procedural Reasonableness** – the district court failed to comply with § 3553(c)(2)
         The inconsistency between the district court's oral pronouncement at sentencing and its written Statement of Reasons creates an
         ambiguity in the record that…requires resentencing.

      (2)  **Substantive Reasonableness** – the district court weighed improper factors and balanced improper factors…
         The district court relied on improper factors – harm to the court (**personal bias**) and **facts not in evidence** – in determining an
         inappropriately significant upward variance from the top of the **applicable** guidelines.

   (g)  Did you file a petition for certiorari in the United States Supreme Court?    Yes [X]    No [ ]
        If "Yes," answer the following:

      (1)  Docket or case number (if you know):  **18-8390**

      (2)  Results:   **DENIED**

      (3)  Date of result (if you know):   April 15, 2019

      (4)  Citation to the case (if you know):   (This information is not currently available to the defendant.)

      (5)  Grounds raised:

            "…even the appearance of impropriety (must be avoided) whenever possible."

         "…a judge shall disqualify himself in any proceeding, in which his impartiality might reasonably be questioned."

         (aa)  Consistent with due process and 28 U.S.C. § 455(a), **should a sentencing judge recuse himself,**
               when he expressly views his own court as a **"victim" of the offense** in deciding to sentence a defendant to more than
               **double the recommended sentencing guidelines range?**

         (bb)  The factual basis for **guilty pleas,** entered before a magistrate judge of the same court, **did not include** any statement that
               the district court was itself a victim of the offense (or of the defendant personally).

         (cc)  Nowhere in the **PSR** prepared for sentencing had there been any **notice** that the sentencing court viewed itself as a victim
               of the offense (or of the defendant personally).

10. Other than the direct appeal listed above, have you previously filed any other motions, petitions, or applications
    concerning this judgment of conviction in any court?

        Yes [ ]    No [X]

11. If you answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of Court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐       No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of Court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐       No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(2) First petition:      Yes ☐       No ☐

(3) Second Petition: Yes ☐       No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** **The sentencing attorney was grossly ineffective, by not objecting to the district court sentencing judge's biased statements – identifying his court as a "victim" of the offense – and the inadequate and contradictorily substantiated rationale for deviating and more than doubling of the applicable sentencing guidelines. These actions call into question the impartiality of the judge, who therefore, should have disqualified himself, in order to avoid the "appearance" of impropriety.**

(1) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

(a) **Defense counsel was ineffective,** at the sentence hearing, by **not objecting** to the judge's statements (more than once during the sentencing hearing) that he considers his "very court" (himself) a "victim" who was "perniciously" defrauded by the "defendant" (individually).

(b) The factual basis for all **guilty pleas**, entered before a magistrate judge, of the same court, **did not include** any statements that would indicate the district court was itself a victim.

(c) Nowhere in the **PSR** prepared for sentencing had there been any **notice** that the sentencing court viewed itself as a victim of the offense (or of the defendant personally).

(2) **Direct Appeal of Ground One:**

(1) If you appealed from your judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

I was instructed by appellate attorney that ineffective assistance of counsel was not grounds for a direct appeal.

(3) **Post-Conviction Proceedings:**

(1) Did you appeal this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

AO 243 (Rev. 09/17)

    (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:
      Name and location of the court where the appeal was filed:

      Docket or case number (if you know): _____

      Date of the court's decisions: _____

      Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** <u>The sentencing attorney was grossly ineffective, by not objecting to the district court's use of inadmissible sentencing factors and facts not in evidence, which were introduced, as unsubstantiated allegations, by the prosecution, at the sentencing hearing. These unfounded and likely unsupportable speculations were inappropriately used by the court to determine the sentence imposed, a sentence which was significantly above – twice - the stated guidelines, for all the offenses stipulated in all the pleas and in the PSR accepted by the court. The direct appeal attorney was also ineffective, by presenting erroneous sentence calculation criteria to refute the court's sentencing actions.</u>

  (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
    (1) <u>**Defense counsel was ineffective,**</u> at the sentence hearing, by <u>**not objecting**</u> to the prosecutor's <u>**unsubstantiated statements**</u> during the sentencing hearing that the "<u>**nature and circumstances**</u>" of the case are not captured by the <u>**stipulated charges**</u> and <u>**two-point enhancement,**</u> for "<u>**sophisticated means**</u>", which set the parameters for the <u>**pleas**</u> and <u>**PSR accepted**</u> by the court.
    (2) The factual basis for all <u>**guilty pleas,**</u> entered before a magistrate judge, of the same court, <u>**did not include**</u> any statements that would indicate any additional charges or unstipulated circumstances were to be pending or added later, which had <u>**not already been considered.**</u>
    (3) Nowhere in the <u>**PSR**</u> prepared for sentencing had there been any <u>**notice**</u> that would indicate any additional charges or unstipulated circumstances were to be considered later for sentencing.
                                           ( CONTINUED – SEE ATTACHMENT)

  (b) **Direct Appeal of Ground Two:**
    (1) If you appealed from your judgment of conviction, did you raise this issue?
      Yes ☐   No ☒

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why:

I was instructed by appellate attorney that ineffective assistance of counsel was not grounds for a direct appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you appeal this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decisions: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: <u>Ineffective assistance of counsel</u> by <u>inappropriately arguing the issue</u> during the <u>direct appeal</u>, then <u>advising</u> the defendant that <u>only one principle legal issue should be raised</u> on the appeal to the <u>Supreme Court</u>. The attorney representing the defendant on direct appeal argued that the district court's use of inadmissible sentencing factors and inappropriate application of the sentencing guidelines was due to the assumption that the nature and circumstances of the crime were based on a monetary value of fraud in excess of $150-million. This argument was rejected by the Court of Appeals, since it was without basis.

<u>See Attachment</u> - for details of the apparent actual basis for the district court's unwarranted deviation from the stipulated sentencing guidelines.

**NOTE: an evidentiary hearing would provide proof of defendant's claims regard mitigating factors.**

AO 243 (Rev. 09/17)

**GROUND THREE:** <u>The sentencing attorney was grossly ineffective, by not objecting to the district court inappropriately dismissing § 3553 sentencing factors, which it should have used in favor of the defendant, to reduce the sentence timeframe imposed – to include the defendant's acceptance of responsibility, cooperation with the government and with the victims, the defendant's service to his country ("a distinguished military career") and an "upright" "crime-free" life, and the defendant's advanced age (63 at final sentencing) and his deteriorating medical condition.</u>

The <u>direct appeal attorney was ineffective</u>, not presenting evidence showing dismissal of guidelines.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

**Defense counsel was ineffective,** at the sentence hearing, by **not objecting** to the judge's statement:
Reference: Case 3:16-cr-00125-TJC-PDB Document 52 Filed 07/21/17
Sentencing Hearing on February 1, 2017 – Proceedings Transcript

**Page 120-121 (Page ID 470-471)**
The history and characteristics of Mr. Lantigua...are the second factor to be considered...but then he surrendered all that when he engaged in this fraud.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from your judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

(1) Did you appeal this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐  No ☐

**Page 8 of 13**

AO 243 (Rev. 09/17)

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decisions: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:**  <u>The sentence disparity between the sentence imposed on the defendant and that imposed on his co-conspirator in this case, as well as the disparity of the sentence imposed on the defendant versus similar cases, creates an unwarranted punishment, which damages the public interest (e.g. restitution) as well as damage the defendant, his family, his church, his community, and his victims.</u>

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

Reference:    Case 3:16-cr-00125-TJC-PDB Document 52 Filed 07/21/17
              Sentencing Hearing on February 1, 2017 –  Proceedings Transcript

Sentencing Court Statements (Judge Corrigan)
**Page 102-103 (Page ID 479-480)**
Ms. Simpson...suffered very difficult detention...suffered physically and mentally...any pretrial detention is more difficult than post-sentencing detention...so, a person who spends an extended period of time in pretrial detention...has served a measure of punishment that is demonstrable.

**NOTE:** The defendant suffered in pre-trial detention for over 29-months, but the court did NOT consider.

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from your judgment of conviction, did you raise this issue?

Yes [ ]  No [X]

(2)  If you did not raise this issue in your direct appeal, explain why:

**Ineffective assistance of counsel** – sentencing counsel and appeal counsel failed to provide the courts with evidence provided by the defendant of abuse of civil rights at the pretrial detention facility, to include sexual harassment by staff of the county jail contracted for the pretrial detention.

(c)  **Post-Conviction Proceedings:**

(1)  Did you appeal this issue in any post-conviction motion, petition, or application?

Yes [ ]  No [X]

AO 243 (Rev. 09/17)

(2)  If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?
     Yes ☐   No ☐
(4)  Did you appeal from the denial of your motion, petition, or application?
     Yes ☐   No ☐
(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
     Yes ☐   No ☐
(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decisions: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
     issue:



_____

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground
     or grounds have not been presented, and state your reasons for not presenting them:
     - **Ineffective assistance of counsels during sentencing and during direct appeal.**
     - **Disparity of sentences.**
     - **Denial of evidence (personal property) with proof of mitigating factors.**

_____

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the motion you are challenging?    Yes ☐    No ☒

If "yes," state the name and location of the court, the docket number or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
  (a)  At the preliminary hearing:
     N/A

  (b)  At the arraignment and plea:
     Mary Ellen Coleman, Federal Defender, Western District of North Carolina, Asheville
     Lisa Call, Federal Defender, Middle District of Florida, Jacksonville

  (c)  At the trial:
     N/A

  (d)  At sentencing:
     Lisa Call, Federal Defender
     Middle District of Florida, Jacksonville

  (e)  On appeal:
     M. Allison Guagliardo, Federal Defender
     Middle District of Florida, Tampa

  (f)  In any post-conviction proceeding:
     M. Allison Guagliardo, Federal Defender
     Middle District of Florida, Tampa

  (g)  On appeal from any ruling against you in a post-conviction proceeding::
     M. Allison Guagliardo, Federal Defender
     Middle District of Florida, Tampa

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court as the same time?    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence for judgment that you are challenging?
    Yes ☐    No ☒
  (a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

  (b)  Give the date the other sentence was imposed: N/A
  (c)  Give the length f the other sentence: N/A
  (d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☒

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

---

   * The Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

   (1)  The date on which the judgment of conviction became final;

   (2)  The date on which the impediment to making a motion created by government action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such government action;

   (3)  The date on which the asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to the cases on collateral review; or

   (4)  The date on which the fats supporting the claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

**Vacate or set aside the sentence imposed...**
**and correct the existing sentence to reflect the PSR guidelines and § 3553 sentencing guidelines...**

- **i.e. Amend the sentence to a period of incarceration of less than a total of 87-months**
**to be served concurrently for all charges (inc. 24-months for aggravated identity fraud).**

    **Or**

    **Order immediate release, based on time served.**

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___*October 21, 2019*___.
(month, date, year)

Executed (signed) on ___*October 21, 2019*___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.