# RESPONSE TO PROSECUTION'S OPPOSITION
# TO MOTION UNDER 28 U.S.C. § 2255

## TO VACATE, SET ASIDE, OR CORRECT

## SENTENCE BY A PERSON IN FEDERAL CUSTODY

March 25, 2020

## SUBMITTED TO:
**United States District Court, Middle District of Florida, Jacksonville Division**

Docket or Case No.  **3:19-cv-1291-J-32PDB**
**3:19-cv-1292-J-32PDB**

## MOVANT:
## Jose Salvador Lantigua

Prisoner No.:  **29934-058**

Place of Confinement:  **Ashland Federal Prison Camp**

As I stated in my original letter to the Court, which I included with my original 2255 filing in October of 2019, I am not a lawyer. As I also stated then, I suspect that the motion, which I filed at that time, and the subsequent amendments, which I filed later, are likely riddled with a number of legal incongruities. Perhaps, the motions do not even meet the legal requirements necessary for the standards of review regarding the issues that I have raised. I sincerely apologize again, for my ignorance.

I implored the court, at the time of my original filing, to take this into consideration, and I asked you to provide me as much leeway as possible. Then, subsequently, I requested assistance of counsel...if the court determines that my lack of legal knowledge will affect my ability to obtain a fair review of my case.

In this letter, I have tried to address the issues and objections raised by the prosecution. However, I do not understand the legal technicalities or many of the references to case law, which the prosecution uses to substantiate its arguments. What I have tried to do is to look at what I do understand and provide common sense responses, to explain why I believe the prosecution is wrong in its attempt to simply dismiss all the issues, which I raised in my original 2255 filing and the subsequent amendments.

I once again ask that if you determine that my responses are legally inadequate, please assign legal counsel to ensure that my Constitutional and Human rights are protected.

I appreciate the court's indulgence in this matter.

REFERENCE: Case Nos. 3:19-cv-1291-J-32PDB & 3:19-cv-1292-J-32PDB

First, I do not claim "actual innocence." I never have.

I returned to the United States, of my own volition, prior to ANY charges being filed against me, in order that I might try to undo any damage that I had caused those whom I defrauded...and to try to undo the damage that I had done to my family, my church, and my community, with my lies and deception...with my betrayal of trust and my failure, as a man who purported to embody the character of a follower of Jesus – a "Christian" community leader, a mentor and example for young people.

There is ample evidence to substantiate the fact that I returned voluntarily to confess my crimes and face the consequences. The correspondence recorded on the personal computer, which was returned to me by your Court, when my personal property was returned by the government, proves these facts.

I would need physical access to my property to produce this evidence. I cannot, of course, achieve this while incarcerated, since I am not allowed access to any such personal devices...and no one else, no third party would be able to access this information on my behalf. So this presents an issue... unless I am released (even if only temporarily) from incarceration to allow me access to this equipment.

As the above evidence proves, and as my conduct, during the past 2½ years at the FPC-Ashland facility, proves, I am NOT a flight risk. So, temporarily releasing me, in order to allow me the time and freedom, to provide for my own defense, should not be an issue.

Then, of course, an evidentiary hearing would be required for me to present the evidence.

Second, I have never claimed nor will I ever claim that my wife should have been nor should she ever be considered "equally" culpable with me. As a matter of fact, I believe that my wife was horrendously and unjustly treated by our law enforcement and judicial system.

My wife should NEVER have been incarcerated at all!

I, on the other hand, always understood that I would face incarceration for the crimes I committed. Yet, I returned to the United States, voluntarily, because I knew that it was the right thing to do.

My point regarding the sentence disparity is that the sentencing judge, because of his personal bias, treated me unfairly and erred in judgment, by abusing his authority and not considering all the factors required by the law, as part of the sentencing guidelines provided him – to eliminate just such abuses.

As you are aware, I have filed a Judicial Misconduct Complaint, with the Office of the Circuit Executive at the United States Court of Appeal's Judicial Council, of the 11th Circuit. This complaint was filed against the District Judge who sentenced me, Judge Corrigan. An investigation is ongoing....therefore, I have requested and do request that Judge Corrigan be recused from my case.

REFERENCE: Case Nos. 3:19-cv-1291-J-32PDB & 3:19-cv-1292-J-32PDB

Therefore, the specific issue, which I tried to raise regarding the disparity of sentencing, is the judge's lack of consideration, of the harshness of my pre-trial confinement conditions and the abusive treatment I received in one of the pre-trial confinement facilities, as I documented to my attorney. This is the issue, which I tried to highlight in my original 2255 filings.

### Technical Issues

The reasons, for which I am asking the Court to review my case, are primarily those that I believe are important, to determine the fairness and correctness of the sentence imposed. I accept full responsibility for the consequences of my crimes...I am only asking that the Court do the right thing also.

However, I have come to realize that sometimes, in our justice system, technicalities are more important than doing the right thing. So, I will try to address some of the issues raised by prosecutors; and point out some of the technical issues, which seem important.

Regarding the facts of the case, the prosecution has stated a number of "inaccuracies" – e.g., the fact that I submitted fraudulent collateral information to Fidelity Bank for a $2,000,000 loan application. I never submitted a loan application to Fidelity Bank – the bank involved in the case was American Enterprise Bank, which was apparently acquired by Fidelity Bank, at some point after I was imprisoned.

There are several other errors in the factual basis for the case. Many of these errors were also present in the original PSR and in the charges delineated by the prosecution, at the various plea hearings and at the sentencing hearing. However, I do not believe that most of these inaccuracies should have been material to the outcome of the sentence...since I have always taken full responsibility for my crimes. These inaccuracies appear to be only technicalities...though I'm not sure if these inaccuracies could have possibly materially affected the Court decisions?

The issue, which I raised regarding my legal status – i.e., having been declared legally dead by multiple United States of America federal agencies (Department of State, Department of Defense, Social Security Administration, etc.); This may be important for practical reasons, as well as for technical legal reasons.

Practical Issues: I have been working with the Department of Defense, since August 2017, when I received an order from the District Court declaring me alive, to try to reinstate my status as a retired officer in the US Army. The case is still pending.

As of this date, I have not been able to take any action to reinstate my status with the Social Security Administration...It seems that legal "technicalities" are important to the federal government.

REFERENCE: Case Nos. 3:19-cv-1291-J-32PDB & 3:19-cv-1292-J-32PDB

Therefore, for all practical purposes, I am in effect, still legally dead...and as you can see, although I do not now nor have I ever claimed to not be the person, who committed the crimes, for which I am imprisoned, the government and the courts have failed to follow an even "common sense" process in dealing with my case. More worrisome is the total disregard for the law.

A dead man was arrested, incarcerated, charged, and sentences...and is now imprisoned!

I know that this is redundant...but, it baffles me - How could I have been arrested, charged with a crime, prosecuted, convicted, and sent to federal prison? No one ever established my identity...no one asked me if I was the person for whom they had an arrest warrant; no one ever asked me if I was the person being charged with the crime outlined the plea agreements.

To this day, no evidence has been presented to prove that I am the person charged with the crimes for which I am imprisoned. Is this not a Habeas Corpus issue?

When government law enforcement agents approached the court to obtain an arrest warrant, should the judge not have immediately denied their request, since the subject of the requested warrant was legally dead? When I was arrested and taken to an arraignment, should my attorney not have immediately challenged the jurisdiction of the court, given the fact that the subject of the arrest warrant was legally dead? Should the government have not been required to prove the identity of the person they had arrested... and should I have had the ability to refuse to provide my DNA (as a person presumed innocent) ...I should not have been forced to submit to a DNA exam!

I'm not a lawyer, but it seems to me that the government did not act in good faith in my case, beginning with the arrest warrant...it certainly did no adhere to the spirit of the law.

My attorneys, at all stages of the case, were obviously ineffective in not raising these issues.

*Procedural History*

The prosecution recounts all the pre-trial hearings, to which I was transported, while incarcerated at the various facilities, in which I was held during my 29-months of pre-trial confinement. The prosecution states that because I answered "yes" to some questions posed to me, during certain plea hearings, I was therefore "informed" and "understood the elements of the charges." The prosecution states that I was informed that in imposing his sentence, the district judge "could impose a sentence...up to the maximum sentence allowed by law." The prosecution states that I "informed the court that (my) plea was knowingly, freely, intelligently, and voluntarily made and free from coercion or promises."

REFERENCE: Case Nos. 3:19-cv-1291-J-32PDB & 3:19-cv-1292-J-32PDB

This is an extremely disingenuous and misleading set of assertions, by the prosecution. Although, prior to my experience with the law enforcement and judicial system, over the past five year, I was as clueless, as most of the American public, regarding the deception, coercion, and downright abuses of justice that are so prevalently perpetrated, by law enforcement and prosecutors. Americans are, unfortunately, even more clueless regarding the troubling and shameful ways in which these practices are enabled and even fostered by their acceptance and in some cases promoted by some judges in our court systems, at all levels.

First, as I stated in my initial 2255 filings, I now realize how disoriented and incapacitated I was, during much of my pre-trial confinement. For the prosecution, to now say that I truly understood the nature of the charges and associated consequences against me...well, this is either very naïve or just an outright attempt to be deceptive.

A person whose sight has been taken away, who has been locked up and chained like an animal, deprived of sleep, abused...how can this person be said to be fully able to understand even the most basic things, let alone complex legal issues?

The prosecution then states that I was informed that the district judge could impose a sentence...up to the maximum sentence allowed by law. This is also a very disingenuous assertion. The prosecution is well aware that the prosecutor, himself, assured me personally, of his intention to recommend leniency, for my constant and unrestrained testimony, from the beginning; and finally, especially for my agreement to meet with attorneys for the bank and the insurance companies, to be deposed by them.

At NO time was I made aware that the prosecution intended to present an argument, during sentencing, which would support an effort by the judge to exceed the sentencing guidelines delineated in the PSR.

When the prosecutor surprised the defense, during the sentencing hearing, with unsubstantiated allegations, my attorney should have immediately objected...or the judge should have reprimanded the prosecution. To say that I gave up my rights to appeal this issue because I did not object...well, that is another example of the disingenuousness of our legal system. That's why those of us, who are uninitiated in the law, are provided counsel...to object for us and protect our rights!

Finally, the prosecution asserts that I informed the court that (my) plea was knowingly, freely, intelligently, and voluntarily made and free from coercion or promises. I do remember that there was a question related to this issue during the plea hearings. However, I never "stated" any such thing; I remember answering "yes" to a question of this nature. Again, how much is the confession of a tortured person worth in our legal system...are we a totalitarian state, who water boards people for confessions?

REFERENCE: Case Nos. 3:19-cv-1291-J-32PDB & 3:19-cv-1292-J-32PDB

I also remember my attorney telling me that I had to answer "yes" to every question the court asked of me during the plea hearings…and that I could not hesitate, otherwise, the court might not accept my plea…and the "deal" with the prosecution would be off.

My wife had been incarcerated for over 9-months, when I was taken to my first plea hearing, in North Carolina. I was told that my wife would remain in jail until I plead guilty. I argued with my attorney that I couldn't plead guilty to something, which I did not believe I had done – the "aggravated" identity fraud charge required that I admit I had "knowingly" stolen the identity of a living person. There is significant evidence, in my computer files, to show that I endeavored, to best of my ability, to ensure that the identity I was being provided did NOT belong to a real person!

By this time, I had made a vow, to God, to tell the truth no matter what the consequences…and yet, I failed to fulfill this vow, in this case…I chose my wife over my vow to the Lord. Since the day that we were arrested, my main concern had been my wife.

I told the court what it wanted to hear…and the judge seemed to understand that, without stating it.

…and yet, the prosecution lied. My wife was not immediately released from jail once I signed the plea. It would be several more months before I was transferred to Florida.

Once in Florida, investigators and prosecutors continued to threaten my wife…and even more sinister, were their threats against our children, against my wife's elderly mother, and against others in our family and against even some of our friends. The prosecutor and some investigators wanted me to lie about my activities with others involved in the fraud – e.g., the doctor in Jacksonville who had falsified medical records and helped to foster the fake death scheme; and the bankers who helped to foster the fraudulent collateral documentation.

However, I was not going to lie again…never again!
I put my wife, our children, and our family in God's hands.

Finally, after more than 16-months of incarceration, my wife was released. However, she and I were both coerced and threatened to surrender all our assets to people who then declined to provide the court with any documentation to support any claims of restitution owed.

I have no proof of illegal collusion against our family …but, the effect of what the prosecutors and the courts have done is to facilitate the misappropriation of our assets. This allowed a small group of people to take assets, with total values in significant excess of any debts owed.

…and, all members of our family have definitely "felt" threatened.

So, to say that (my) plea was knowingly, freely, intelligently, and voluntarily made and free from coercion or promises, is just false. It is akin to saying that because an accused person, during the Inquisition, whose family was threatened and who was tortured mercilessly, admitted to sorcery, then they should be burned alive...Do any of us today believe this to be a fair process and a just sentence?

...and the sentencing judge, in effect, made this decision – to <u>sentence me to death</u>. I am a 67-year-old man, who has suffered a major heart attack and undergone quadruple bypass surgery, 2010. Now, since being incarcerated, in 2018, I suffered a major infection, almost went into cardiac arrest, almost lost all kidney function, and almost had my leg amputated. Both of these events have left me with chronic health issues, which are remaining untreated in the BOP. This is a travesty of justice.

---

**NOTE**: My attempt, to document this response to the prosecution's opposition to my 2255 motion, was halted, when I was put into a "lock-down" at the Ashland Federal Prison Camp on April 1, 2020, due to the COVID-19 pandemic emergency.

---

*CONTINUED on 5/8/2020*

It is amazing how God works, isn't it?

I have now retuned to work at UNICOR, the outside warehouse in Ashland, KY, after having been in lockdown in the prison for over four weeks and having been identified on a list from the BOP for immediate transfer to home confinement, due to my age and "high-risk" of death resulting from complications, if I contract COVID-19.

At least one staff member, with whom I have primary contact, has been in primary contact with a family member who tested positive for COVID-19 ...and yet, I have been sent back to work ...and the Warden has now informed me that I am "no longer eligible" for home confinement, under the emergency provisions enacted by Congress in the CARES Act of 2020, and as directed by the Attorney General.

My prognostication, in March, that the sentence imposed by the district court, in my case, as being a "<u>death sentence</u>" now seems prescient ...unfortunately. But, if I die from complications resulting from my contracting the COVID-19 virus ...my hope is that my death will serve some good for others.

I have sent a separate letter to the court requesting that the court order the BOP to immediately transfer me to home detention. I hope the Court considers this unprecedented circumstance, as well, in the deliberation of my sentence reduction request, under this 2255 motion.

REFERENCE: Case Nos. 3:19-cv-1291-J-32PDB & 3:19-cv-1292-J-32PDB

___

*Prejudice*

I'm not sure how you "demonstrate" prejudice other than by the results of an action?

The sentencing judge sentenced me to twice the legal guidelines established for the crimes to which I plead guilty …and did NOT provide ANY substantive reasons for this departure from the law …other than he did not "believe" the legally prescribed sentence was punitive enough!

Is this proof of prejudice?

Would the evidence and facts that I have outlined in my 2255 filings be enough to prove that, if they had been presented to the magistrates during plea hearings or perhaps even had they been presented to the sentencing judge …would they have made any difference in the judges biased views?

I think that the magistrates would likely have made different rulings in my plea hearings.

*Jurisdiction*

Did the courts have jurisdiction over a dead person?

Should the government have had the burden of proof to demonstrate that I was legally alive?

I'm not a lawyer …this is your ballpark.

I never lied about my faked death …I retuned to the US in order to do the right thing. However, you legal people are the ones who make up rules, which you then use to play games with people …so, how is it alright for you to ignore the rules, when it is to your advantage …but, then use the most arcane nuances of any statute to create prejudice against a person, who you want to punish?

I apologize for my jaded attitude toward your law, at this point. But, I am now convinced that our legal system and our prison system is one big judicial-industrial complex, which is only concerned with generating as much revenue as possible, at the expense of the suffering of our people. *(ref: Eisenhower)*

What ever happened to the ideal, which made some of us volunteer to defend our country, our constitution, our people, our Christian way of life:

> *One nation under God, indivisible, with liberty and justice for all*
> *…a government of the people, for the people, and by the people*
> *…with certain inalienable rights – life, liberty, and the pursuit of happiness?*

By the way …why is the government able to take away my right to vote, because I committed bank fraud …I am not a terrorist or a traitor?

REFERENCE: Case Nos. 3:19-cv-1291-J-32PDB & 3:19-cv-1292-J-32PDB

---

### *Prior Resolution*

The appellate court stated that although it would have ruled differently (than the district sentencing judge) regarding the length and structure of my sentence, it could not vacate the sentence ...due to technical issues ...and I suspect the fact that they seldom want to embarrass one of their own club.

So, this "prior resolution" as asserted by the prosecution is spurious, at best.


### *Merits*

The fox is being asked to guard the henhouse here ...so, the only way to establish the real merits of my arguments are to allow an independent tribunal – with no judges and no lawyers – to determine the merits of my case and the arguments I've presented in my 2255 filing.


### *Need for an Evidentiary Hearing*

I'm not sure how I "establish the need for an evidentiary hearing" other than by stating the facts, as I have done in the documents that I have submitted for my 2255 motion?

I thought our legal system was supposed to protect the rights of our citizens?

Shouldn't we err on the side of caution and give the accused every benefit of the doubt?

I know this is naïve, in our world ...but, it is the world that I refuse to surrender to the forces of darkness!

---

## CONCLUSION

Therefore, I respectfully request the court grant my 28 U.S.C. § 2255 motion

...correct my sentence to reflect the federally established guidelines for the crimes to which I pled guilty.

REFERENCE: Case Nos. 3:19-cv-1291-J-32PDB & 3:19-cv-1292-J-32PDB

---

Pursuant to 28 U.S.C. § 1746(a), I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge.


Respectfully,

_____
Jose S. Lantigua   ID# 29934-058